# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRENCH ELLISON TRUCK CENTER, LLC,<br><br>          Plaintiff,<br><br>    vs.<br><br>SOUTH TEXAS TRUCK CENTERS, LLC,<br>MIKE STRICKER, EDWARD HERNANDEZ,<br>ALYSSA ROSENBAUM, and<br>JASON MIMS<br><br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:18-CV-369<br><br>(ON REMOVAL FROM THE 214TH<br>JUDICIAL DISTRICT COURT,<br>CAUSE NO 2018DCV-3345-F<br>NUECES COUNTY, TEXAS) |

## LIST OF ALL PARTIES AND COUNSEL

| PARTY | COUNSEL |
|---|---|
| Plaintiff:  French Ellison Truck Center, LLC | Richard G. Garza<br>Texas Bar No. 07737200<br>Matthew J. Swantner<br>Texas Bar No. 24066169<br>Amanda N. Crouch<br>Texas Bar No. 24077401<br>JACKSON WALKER LLP<br>112 East Pecan Street, Suite 2400<br>San Antonio, Texas 78205<br>Telephone:     (210) 978-7700<br>Facsimile:     (210) 978-7790<br>Email: rgarza@jw.com<br>       jstruble@jw.com<br>       acrouch@jw.com |

| | |
|---|---|
| Defendants:  South Texas Truck Centers, LLC, Mike Stricker, Edward Hernandez, Alyssa Rosenbaum, and Jason Mims | Sonila Themeli<br>Texas Bar No. 24073588<br>SDTX ID No. 2828237<br>SHOOK, HARDY & BACON L.L.P.<br>600 Travis Street, Suite 3400<br>Houston, Texas  77002<br>Telephone:     (713) 227-8008<br>Facsimile:     (713) 227-9508<br>Email: sthemeli@shb.com<br><br>Justin Johl *(to be admitted pro hac vice)*<br>Jessica A.E. McKinney *(to be admitted pro hac vice)*<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108-2613<br>Telephone:     (816) 474-6550<br>Facsimile:     (816) 421-5547<br>Email: jjohl@shb.com<br>          jamckinney@shb.com |

682677 v1