IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRENCH ELLISON TRUCK CENTER, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 2:18-cv-00369 |
| SOUTH TEXAS TRUCK CENTERS, LLC, MIKE STRICKER, EDWARD HERNANDEZ, ALYSSA ROSENBAUM, and JASON MIMS | § § § § § | |
| Defendants. | § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant South Texas Truck Centers, LLC states that no parent company or publicly traded corporation owns 10% or more of its stock.

Dated:  October 24, 2018

Respectfully submitted,

SHOOK, HARDY, & BACON LLP

By: /s/ *Sonila Themeli*
Sonila Themeli
*Attorney-in-charge*
Texas Bar No. 24073588
Federal I.D. No.: 2828237
600 Travis St, Suite 3400
Houston, Texas 77002-2926
Tel.:  713-227-8009
Fax:  713-227-9508
Email: sthemeli@shb.com

and

Justin Johl *(to be admitted pro hac vice)*
Jessica A.E. McKinney *(to be admitted pro hac vice)*
*Of Counsel*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: jjohl@shb.com
          jamckinney@shb.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, the above and foregoing document was filed electronically through the Court's CM/ECF system on all known counsel of record addressed as follows:

Richard G. Garza
Texas Bar No. 07737200
Matthew J. Swantner
Texas Bar No. 24066169
Amanda N. Crouch
Texas Bar No. 24077401
JACKSON WALKER LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone:     (210) 978-7700
Facsimile:     (210) 978-7790
Email: rgarza@jw.com
            jstruble@jw.com
            acrouch@jw.com

**Attorneys for Plaintiff**

_/s/ Sonila Themeli_
Sonila Themeli